NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE MOTIONPOINT CORPORATION,**
*Petitioner.*

---

Miscellaneous Docket No. 133

---

On Petition for Writ of Mandamus to the United States District Court for the Northern District of California in case no. 10-CV-2590, Judge Claudia A. Wilkins.

---

ON PETITION

---

## ORDER

MotionPoint Corporation submits a petition for a writ of mandamus to direct the United States District Court for the Northern District of California to vacate its June 20, 2012 order disqualifying the law firm of McDermott, Will & Emery LLP from further representation of MotionPoint in this case.

Upon consideration thereof,

IT IS ORDERED THAT:

2

TransPerfect Translations International, Inc. et al. are directed to respond no later than August 9, 2012.

FOR THE COURT

JUL 2 4 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Joel M. Freed, Esq.
     Douglas E. Lumish, Esq.
     Clerk, United States District Court for the Northern District of California

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 2 4 2012

JAN HORBALY
CLERK